# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (TAX REFUND)

| | |
|---|---|
| **DANIEL MONGEON AND SCHELE MONGEON,** | |
| *Plaintiffs,* | Case No. 22-1048 T |
| v. | Judge _____ |
| **UNITED STATES,** | |
| *Defendant.* | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Daniel and Schele Mongeon (collectively, the "Mongeons") respectfully request leave to file the "Sealed" versions of the Complaint and Appendix A thereto under seal, as required by Rule 9(m) of the Court of Federal Claims. Certain portions of the Sealed Complaint and Appendix A thereto reveal private information that should not be made part of the public record pursuant to Rule 5.2 of the Rules of the Court of Federal Claims. Plaintiffs respectfully request that the "Redacted" version of the Complaint and Appendix A be filed in the public record.

Dated: August 22, 2022

Respectfully submitted,

s/ W. Brad English
W. Brad English

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street SW
Huntsville, Alabama 35801
Telephone:   (256) 512-5705
Facsimile:   (256) 512-0119
Email: benglish@maynardcooper.com