IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 22-1048 T
(Judge Armando O. Bonilla)

DANIEL MONGEON and SCHELE MONGEON,

                              Plaintiffs,

v.

THE UNITED STATES,

                              Defendant.

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate and agree that plaintiffs' complaint be dismissed with prejudice with each party to bear its own costs, attorneys' fees, and other expenses of litigation.

July 17, 2023

Respectfully submitted,

*W. Brad English* (signature)

W. BRAD ENGLISH
Maynard Nexsen
655 Gallatin Street SW
Huntsville, Alabama 35801
Telephone: (256) 512-5705
Fax: (256) 512-0119
benglish@maynardnexsen.com

August 16, 2023

*Elizabeth B. Villarreal* (signature)

ELIZABETH B. VILLARREAL
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: (202) 353-0553
Fax: (202) 514-9440
Elizabeth.Villarreal@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
JASON BERGMANN
Assistant Chief

August 16, 2023

/s/ Jason Bergmann

Of Counsel